FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 18 2021

at 3 o'clock and 17 min. P M
MICHELLE RYNNE, CLERK

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-00408

ORIGINAL

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ETN CORPORATION, A Hawaii Ltd. Liability Company
was received by me on *(date)* OCT 12 2021

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Juergen Steinmetz, who is designated by law to accept service of process on behalf of *(name of organization)* ETN Corporation 88 Piikoi St., #2011, Honolulu, HI 96814 on *(date)* OCT 17 2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Mr. Steinmetz was zero cooperative and he stated to this server that "[I'm] trying to scam him thru phony court papers."

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 $1.18

I declare under penalty of perjury that this information is true.

Date: OCT 18 2021

*Server's signature*

Eric Schroeder / Civil Process Server
*Printed name and title*

Hawaii Legal Services
POB 22141
Honolulu, Hawaii 96823
*Server's address*

Additional information regarding attempted service, etc: